PEOPLE V TIGHE, No. 150530; Court of Appeals No. 323558. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Cass Circuit Court for reconsideration of the defendant's issue regarding the assessment of court costs. The motions to amend, for "summary of judgment," for bond pending appeal, and for immediate consideration are denied.

PEOPLE V KILBURN, No. 150581; Court of Appeals No. 323978. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Ionia Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge*, 498 Mich 358 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In addition, we vacate the trial court's November 21, 2014 order reinstating costs. The court did not have authority to sua sponte enter the order because the correction was not a clerical error under MCR 6.435(A), the judgment of sentence was not invalid within the meaning of MCR 6.429(A), and the amended version of MCL 769.1k does not apply to the court's amended judgment of sentence issued September 29, 2014. We do not retain jurisdiction.

PEOPLE V JAMISON, No. 150715; Court of Appeals No. 323391. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the sentence of the Bay Circuit Court, and we remand this case to the trial court for resentencing. The court erred in assigning points for Offense Variables 9 and 19 (OV 9 and OV 19), MCL 777.39 and MCL 777.49, respectively, which changed the defendant's guidelines range. *People v Kimble*, 470 Mich 305 (2004).

PEOPLE V AGUILAR, No. 150854; Court of Appeals No. 317215. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Kalamazoo Circuit Court for consideration of the defendant's issue regarding the assessment of court costs. We do not retain jurisdiction.